DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELIX KUAN** and **CHIEN YU JANE WANG,**
Appellants,

v.

**DENNIS CHIANG** and **TIFFANY AJ WU,**
Appellees.

No. 4D22-971

[May 18, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 19-4806 (08).

Peter S. Adrien of the Law Offices of Peter S. Adrien, P.A., Miami, for appellant.

Allan C. Samuels of Law Offices of Allan Samuels & Associates, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***